ANDREAS G. KATIS and Others, Respondents, v. MARCUS MILLER and Another, Defendants, Impleaded with U. R. S. CANDY STORES, INC., Appellant.— Judg-

ment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.